E-filing

**FILED**

FEB 2 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ROSE, | No. C 06-0951 MJJ |
| Petitioner, | **ORDER** |
| v. | |
| ANTHONY KANE, Acting Warden, | |
| Respondent. | |

Pending before the Court is Petitioner Marco Rose's Request For Permission to File Exhibits Manually (Doc. #1). The Court hereby **GRANTS** Petitioner's request to file the requested exhibits manually rather than by e-filing.

**IT IS SO ORDERED.**

Dated: February 27, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE