FILED
FEB 27 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO ROSE,

    Petitioner,

v.

ANTHONY KANE, Acting Warden,

    Respondent.

No. C 06-0951 MJJ

**ORDER**

Pending before the Court is Petitioner Marco Rose's Request For Permission to File Exhibits Manually (Doc. #1). The Court hereby **GRANTS** Petitioner's request to file the requested exhibits manually rather than by e-filing.

**IT IS SO ORDERED.**

Dated: February 27, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE