**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ROSE, | No. C 06-0951 MJJ |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| ANTHONY KANE, Acting Warden, | |
| Respondent. | |

Pending before the Court is Petitioner Marco Rose's Petition for Writ of Habeas Corpus.[1] Petitioner is currently incarcerated at the Correctional Training Facility in Soledad, California. At Petitioner's tenth parole hearing on March 23, 2005, Respondent Board of Parole Hearings (the "BPH") declared Petitioner unsuitable for parole. Petitioner alleges this was a denial of his liberty interest in parole that is protected by due process. (Pet. at 5.) Accordingly, Petitioner seeks an order from this Court directing Respondent BPH to modify its decision in Petitioner's parole hearing to reflect that he is suitable for parole, and to convene a hearing for the purpose of determining his prison term and a parole date.

This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

The court shall "award the writ or issue an order directing the respondent to show cause why

---

[1] Docket No. 1, February 13, 2006.

the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

For good cause shown, Respondent shall, by **May 30, 2006**, show cause why a writ of habeas corpus should not be issued. If Petitioner wishes to respond, he shall do so within thirty days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: March___, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE